IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gary D. Hammond, | : | |
| Plaintiff | : | Civil Action 2:07-cv-1250 |
| v. | : | Judge Marbley |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER DISMISSING CASE FOR WANT OF PROSECUTION**

On July 2, 2008, the Court issued a show cause order requiring Plaintiff Gary D. Hammond, *pro se*, to show cause why this case should not be dismissed (Doc. 9). Plaintiff filed a response on July 7, 2008 (Doc. 11). However, as this response was not clear, this Court on July 22, 2008 ordered Plaintiff to file his Statement of Errors within thirty days of the date of the order (Doc. 12).

Plaintiff failed to file his Statement of Errors, or any other document, before August 22, 2008. Plaintiff has not shown cause why this case should not be dismissed for want of prosecution, and he has failed to comply with the orders of this Court. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S. D. Ohio Civil Rule 55.1(c).

s/Algenon L. Marbley
United States District Judge