**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Gary D. Hammond, | : | |
| Plaintiff | : | Civil Action 2:07-cv-1250 |
| v. | : | Judge Marbley |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 9, 2008 Order, this action is hereby DISMISSED for want of prosecution.

Date: **September 9, 2008**          James Bonini, Clerk

                    s/Betty L. Clark
                    Betty L. Clark/Deputy Clerk